IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

FREDDIE EASON                                                                                    PLAINTIFF

v.                                     Case No. 4:24-cv-4131

LIEUTENANT RAMI COX,
Lafayette County Detention Center (LCDC) and
MS. JENNA, LCDC                                                                              DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed March 18, 2025, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 13. Judge Bryant recommends that this case be dismissed without prejudice for failure to comply with the Court's orders and for failure to prosecute this case.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 13) *in toto*. Accordingly, the Court finds that this case should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 17th day of April, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge